**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.                                      Case No: 8:12-cv-1230-T-30AEP

JOHN E. BROZEK and
INFOQUEST PUBLISHING, INC.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #28). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. The Court retains jurisdiction for a period of one (1) year to enforce the terms of the parties' Settlement Agreement.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record